UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRYST ZAWADZKI,

                              Plaintiff,

                -against-

DEPT OF JUSTICE,

                              Defendant.

22-CV-3738 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued May 10, 2022, dismissing this action without prejudice to any civil action that Kryst Zawadzki may wish to bring in the future,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to any civil action that Kryst Zawadzki may wish to bring in the future.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 10, 2022
            New York, New York

                                                /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge